**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC,                                    No. C 15-04112 WHA

        Plaintiff,

  v.

JOHN DOE SUBSCRIBER ASSIGNED IP          **ORDER GRANTING**
ADDRESS 24.130.158.122,                                **SEALING MOTION**

        Defendant.

                           /

      Plaintiff has moved to file the complaint, summons, and return of service under seal,

with defendant's identifying information redacted, pursuant to this Court's order granting

plaintiff's motion to serve a subpoena on Comcast.  Plaintiff's motion is hereby **GRANTED**.

Plaintiff shall have until **JANUARY 15** to effect service.


      **IT IS SO ORDERED.**


Dated:   January 7, 2016.

                                WILLIAM ALSUP
                                UNITED STATES DISTRICT JUDGE