IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC,

    Plaintiff,

  v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 24.130.158.122,

    Defendant.

                                   /

No. C 15-04112 WHA

**ORDER EXTENDING DEADLINE TO EFFECTUATE SERVICE OF PROCESS**

Plaintiff commenced this action on September 9, 2015. Pursuant to Rule 4(m), the deadline to effectuate service of process was January 7, 2016. On October 18, 2015, an order granted plaintiff's request to serve a third-party subpoena on defendant's Internet provider, Comcast, in order to obtain defendant's identifying information. Plaintiff received defendant's identifying information from Comcast on December 17. On December 30, plaintiff moved to file under seal its amended complaint, proposed summons, and return of service, which motion was granted on January 7. This order hereby extends the deadline to effectuate service of process to **JANUARY 29, 2016.**

**IT IS SO ORDERED.**

Dated: January 19, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE