IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | No. C 15-04112 WHA |
| Plaintiff, | |
| v. | |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 24.130.158.122, | **ORDER EXTENDING DEADLINE TO EFFECTUATE SERVICE** |
| Defendant. | |

An order extended the deadline to effectuate service of process in this action to January 29. On January 29, plaintiff filed a request for an extension of that deadline, averring that after several attempts on separate days and at different times of day, its process server has not been able to serve defendant. Plaintiff shall have until **FEBRUARY 16** to effectuate service.

**IT IS SO ORDERED.**

Dated: February 2, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE