IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | No. C 15-04112 WHA |
| Plaintiff, | |
| v. | |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 24.130.158.122, | **ORDER EXTENDING DEADLINE TO EFFECTUATE SERVICE** |
| Defendant. | |

Plaintiff commenced this action on September 9.  Pursuant to Rule 4(m), the deadline to effectuate service was January 7.  An order extended the deadline to effectuate service of process in this action to January 29.  A second order extended the deadline to February 16 after plaintiff averred that its process server has not been able to serve defendant through several attempts on different days at different times of day, even though the lights appeared on at his or her home.  On February 16, plaintiff requested a further extension, citing defendant's continued evasion, although plaintiff only identified two additional attempts at service following the previous extension.  Plaintiff shall have until **MARCH 1** to effectuate service.

**IT IS SO ORDERED.**

Dated:  February 17, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE