**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

MALIBU MEDIA, LLC,

        Plaintiff,

v.                                            Civil Action No. 3:15-cv-04112-WHA

JOHN DOE, subscriber assigned IP address 24.130.158.122,

        Defendant.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
<u>WITHOUT PREJUDICE OF JOHN DOE</u>**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>.  John Doe was assigned the IP address 24.130.158.122.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  March 10, 2016

                                                            Respectfully submitted,

                                                            By:    /s/ *Brenna E. Erlbaum*
                                                            Brenna E. Erlbaum
                                                            Heit Erlbaum, LLP
                                                            501-I South Reino Road, #344
                                                            Newbury Park, CA 91320
                                                            Phone: 805-231-9798
                                                            Email:  brenna.erlbaum@helaw.attorney
                                                            *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on March 10, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                                  By:  /s/ *Brenna E. Erlbaum*
                                                                     Brenna E. Erlbaum